AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Ray, J. Thomas | **2. Court or Organization**<br><br>U. S. District Court - ED AR | **3. Date of Report**<br><br>09/02/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Magis. Judge - Full Time | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑   Amended Report | **6. Reporting Period**<br><br>1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rollover IRA |
| 2. | Trustee | IRA #1 |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FLC | Note and Mortgage | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMBEV SA ADR | A | Dividend | | | Sold | 07/07/14 | K | | |
| 2. Arch Coal C.S. | A | Dividend | J | T | | | | | |
| 3. Bank of America C.S. | A | Dividend | K | T | | | | | |
| 4. Barrick Gold C.S. | A | Dividend | L | T | | | | | |
| 5. Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 6. BP PLC ADR | B | Dividend | K | T | | | | | |
| 7. Bristol Meyers C.S. | A | Dividend | K | T | | | | | |
| 8. Cenovus Energy Inc. C.S. | B | Dividend | K | T | | | | | |
| 9. Chevron C.S. | C | Dividend | L | T | | | | | |
| 10. Cisco C.S. | A | Dividend | K | T | | | | | |
| 11. Corning C.S. | B | Dividend | M | T | | | | | |
| 12. Conoco Phillips C.S. | D | Dividend | M | T | | | | | |
| 13. Diamond Offshore Drilling C.S. | A | Dividend | J | T | Buy | 11/17/14 | J | | |
| 14. Dow Chemical Co. C.S. | A | Dividend | J | T | | | | | |
| 15. Eli Lilly C.S. | D | Dividend | N | T | | | | | |
| 16. Encana Corp. C.S. | B | Dividend | L | T | | | | | |
| 17. Exelis Inc. C.S. | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil Corp. C.S. | D | Dividend | N | T | | | | | |
| 19. Fairfax Financial Hldgs C.S. | C | Dividend | N | T | | | | | |
| 20. Freeport McMorran C.S. | C | Dividend | L | T | | | | | |
| 21. Hewlett Packard C.S. | B | Dividend | L | T | | | | | |
| 22. Intel C.S. | B | Dividend | L | T | | | | | |
| 23. J P Morgan Chase C.S. | B | Dividend | L | T | | | | | |
| 24. Johnson & Johnson C.S. | D | Dividend | N | T | | | | | |
| 25. Leucadia Corp. C.S. | A | Dividend | L | T | Sold (part) | 11/17/14 | J | B | |
| 26. Lexmark Intl Inc. C.S. | B | Dividend | K | T | | | | | |
| 27. Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |
| 28. MFC Industries C.S. | A | Dividend | J | T | | | | | |
| 29. Newmont Mining C.S. | A | Dividend | K | T | | | | | |
| 30. Nokia C.S. | A | Dividend | K | T | | | | | |
| 31. Permian Basin Trust C.S. | C | Dividend | L | T | | | | | |
| 32. Peabody Energy Corp. C.S. | A | Dividend | J | T | Sold (part) | 12/18/14 | J | | |
| 33. Pfizer Inc. C.S. | C | Dividend | L | T | | | | | |
| 34. Phillips 66 C.S. | C | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Potash Corp. C.S. | A | Dividend | | | Sold | 06/17/14 | J | | |
| 36. Precision Drilling C.S. | A | Dividend | J | T | | | | | |
| 37. Rio Tinto ADR | A | Dividend | J | T | | | | | |
| 38. Roche ADR | A | Dividend | J | T | | | | | |
| 39. Sanofi Aventis C.S. | C | Dividend | L | T | | | | | |
| 40. Seacor Holdings C.S. | | None | K | T | Buy | 07/18/14 | K | | |
| 41. Stryker Corp. C.S. | A | Dividend | K | T | | | | | |
| 42. Teck Resources C.S. | B | Dividend | K | T | | | | | |
| 43. Tejon Ranch Co. C.S. | | None | K | T | Buy | 09/23/14 | K | | |
| 44. Thermo Fisher C.S. | A | Dividend | | | Sold | 02/12/14 | K | E | |
| 45. Thompson Creek Metals C.S. | | None | J | T | | | | | |
| 46. Transocean Inc. C.S. | C | Dividend | K | T | Sold (part) | 11/07/14 | J | | |
| 47. Tsakos C.S. | B | Dividend | K | T | | | | | |
| 48. Vale ADR | A | Dividend | J | T | | | | | |
| 49. Valero Energy C.S. | C | Dividend | M | T | | | | | |
| 50. Wells Fargo C.S. | B | Dividend | L | T | | | | | |
| 51. Weyerhauser Co C.S. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Fort Smith WTR Bond | B | Interest | L | T | | | | | |
| 53. | UCA Rev. Bond | C | Interest | L | T | | | | | |
| 54. | Money Market (Cash Equivalents) Charles Schwab | A | Interest | L | T | | | | | |
| 55. | | | | | | | | | | |
| 56. | ORI/Acadia & Ver. Par., LA; McGowan Inc.; Zachry Exploration | F | Royalty | N | W | | | | | |
| 57. | ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | K | W | | | | | |
| 58. | W/I; Acadia & Vermillion Par., LA; McGowan Inc. | F | Royalty | N | W | | | | | |
| 59. | ORI/Acadia Par., LA; Zachry Eploraton (X) | F | Royalty | N | W | | | | | |
| 60. | Rental Property (Pulaski County, AR) | D | Rent | N | W | | | | | |
| 61. | | | | | | | | | | |
| 62. | Rollover IRA | E | Dividend | P1 | T | | | | | |
| 63. | - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 64. | - Acadia Pharmaceuticals C.S. | | | | | Buy | 10/14/14 | J | | |
| 65. | - Amgen C.S. | | | | | | | | | |
| 66. | - Apache C.S. | | | | | Sold | 05/05/14 | L | C | |
| 67. | - Arch Coal C.S. | | | | | | | | | |
| 68. | - Bank of America. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 70. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 71. - BP ADR | | | | | | | | | |
| 72. - Celgene C.S. | | | | | | | | | |
| 73. - Chevron C.S. | | | | | | | | | |
| 74. - Conoco Phillips C.S. | | | | | | | | | |
| 75. - Encana Corp C.S. | | | | | | | | | |
| 76. - Exxon C.S. | | | | | | | | | |
| 77. - Freeport McMoran C.S. | | | | | | | | | |
| 78. - General Electric Co. C.S. | | | | | | | | | |
| 79. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 80. - J.P. Morgan C.S. | | | | | | | | | |
| 81. - Johnson & Johnson C.S. | | | | | | | | | |
| 82. - Kinder Morgan Inc. C.S. | | | | | Buy | 02/03/14 | K | | |
| 83. - Leucadia National Corp. C.S. | | | | | Sold | 11/18/14 | K | C | |
| 84. - Merck & Co. Inc. C.S. | | | | | | | | | |
| 85. - Medivation C.S. | | | | | Buy | 03/28/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Permian Basin Royalty Trust C.S. | | | | | Sold | 06/13/14 | K | | |
| 87.  - Pfizer Inc. C.S. | | | | | | | | | |
| 88.  - Phillips 66 C.S. | | | | | | | | | |
| 89.  - Potash Corp. C.S. | | | | | Sold | 05/28/14 | K | A | |
| 90.  - Rio Tinto ADR | | | | | | | | | |
| 91.  - Roche Hldg ADR | | | | | | | | | |
| 92.  - Sanofi Aventis C.S. | | | | | | | | | |
| 93.  - Schlumberger C.S. | | | | | Buy | 12/12/14 | K | | |
| 94.  - Seattle Genetics Inc. C.S. | | | | | Buy | 05/06/14 | K | | |
| 95.  - Stemline Therapeutics C.S. | | | | | Buy | 05/07/14 | K | | |
| 96.  - Stryker C.S. | | | | | | | | | |
| 97.  - Total ADR | | | | | | | | | |
| 98.  - Transocean Inc. C.S. | | | | | | | | | |
| 99.  - Tsakos Energy Nav. C.S. | | | | | Sold | 09/10/14 | K | E | |
| 100.  - Vale ADR | | | | | Sold | 07/29/14 | J | A | |
| 101.  - Wells Fargo & Co. C.S. | | | | | | | | | |
| 102. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  IRA #1 | C | Dividend | N | T | | | | | |
| 104.  - Amgen Inc. C.S. | | | | | | | | | |
| 105.  - Apache Corp. C.S. | | | | | Sold | 04/30/14 | K | B | |
| 106.  - Bank of America C.S. | | | | | | | | | |
| 107.  - Barrick Gold Corp. C.S. | | | | | | | | | |
| 108.  - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 109.  - BP PLC C.S. | | | | | Buy | 12/10/14 | J | | |
| 110.  - Celgene C.S. | | | | | | | | | |
| 111.  - Conoco C.S. | | | | | | | | | |
| 112.  - Dow Chemical Co C.S. | | | | | Buy | 10/15/14 | J | | |
| 113.  - Exxon Mobil C.S. | | | | | | | | | |
| 114.  - Freeport McMoran | | | | | | | | | |
| 115.  - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 116.  - Johnson & Johnson C.S. | | | | | | | | | |
| 117.  - J.P. Morgan Chase C.S. | | | | | | | | | |
| 118.  - Leucadia National Corp. C.S. | | | | | Sold | 07/29/14 | J | A | |
| 119.  - Merck C.S. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Phillips 66 C.S. | | | | | | | | | |
| 121. - Pfizer C.S. | | | | | | | | | |
| 122. - Potash Corp C.S. | | | | | Sold | 04/28/14 | J | | |
| 123. - Seattle Genetics Inc. C.S. | | | | | Buy | 05/06/14 | J | | |
| 124. - TEVA Pharma ADR | | | | | Sold | 01/27/14 | J | | |
| 125. - Transocean Inc. C.S. | | | | | Buy | 10/02/14 | J | | |
| 126. - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. IRA #2 | C | Dividend | N | T | | | | | |
| 129. - Amgen Inc. C.S. | | | | | | | | | |
| 130. - Apache C.S. | | | | | Sold | 04/30/14 | J | B | |
| 131. - Arch Coal C.S. | | | | | Sold | 04/10/14 | J | | |
| 132. - Bank of America C.S. | | | | | | | | | |
| 133. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 134. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 135. - Celgene C.S. | | | | | | | | | |
| 136. - Conoco C.S. | | | | | Buy | 10/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Encana Corp. C.S. | | | | | Sold | 04/28/14 | J | A | |
| 138. - Exxon C.S. | | | | | | | | | |
| 139. - Freeport McMoran Inc. C.S. | | | | | Buy | 10/15/14 | J | | |
| 140. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 141. - Johnson & Johnson C.S. | | | | | | | | | |
| 142. - Merck C.S. | | | | | | | | | |
| 143. - Pfizer Inc. C.S. | | | | | | | | | |
| 144. - Seattle Genetics Inc. C.S. | | | | | Buy | 05/02/14 | J | | |
| 145. - Transocean Inc. C.S. | | | | | Buy | 09/02/14 | J | | |
| 146. - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. Trust #1 | B | Dividend | N | T | | | | | |
| 149. - Amgen Inc. C.S. | | | | | | | | | |
| 150. - Bank of America C.S. | | | | | | | | | |
| 151. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 152. - Celgene C.S. | | | | | | | | | |
| 153. - Conoco Phillips C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 155. - Johnson & Johnson C.S. | | | | | | | | | |
| 156. - Pfizer C.S. | | | | | | | | | |
| 157. - Phillips 66 C.S. | | | | | | | | | |
| 158. - Transocean Inc. C.S. | | | | | Buy | 09/19/14 | J | | |
| 159. - Money Market (Cash Equivalents) Charles Schwab (X) | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. Trust #2 | E | Dividend | P1 | T | | | | | |
| 162. - AMBEV ADR | | | | | Sold | 04/30/14 | J | A | |
| 163. - Amgen Inc. C.S. | | | | | | | | | |
| 164. - Apache Corp. C.S. | | | | | | | | | |
| 165. - Bank of America C.S. | | | | | | | | | |
| 166. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 167. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 168. - BP ADR (F) | | | | | | | | | |
| 169. - Celgene C.S. | | | | | | | | | |
| 170. - Chevron C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Dow Chemical Co. C.S. | | | | | | | | | |
| 172. - DuPont Co. C.S. | | | | | | | | | |
| 173. - Encana Corp. C.S. | | | | | Sold | 04/11/14 | J | A | |
| 174. - Exxon C.S. | | | | | | | | | |
| 175. - Freeport McMoran C.S. | | | | | | | | | |
| 176. - General Electric C.S. | | | | | | | | | |
| 177. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 178. - Johnson & Johnson C.S. | | | | | | | | | |
| 179. - Leucadia National Corp. C.S. | | | | | Sold | 11/13/14 | J | B | |
| 180. - Kinder Morgan C.S. | | | | | Buy | 02/27/14 | K | | |
| 181. - Medivation C.S. | | | | | Buy | 03/28/14 | K | | |
| 182. - Merck & Co. C.S. | | | | | | | | | |
| 183. - Permian Basin Royalty Trust C.S. | | | | | Sold | 06/13/14 | K | | |
| 184. - Pfizer C.S. | | | | | | | | | |
| 185. - Pharmacyclics C.S. | | | | | Buy | 06/26/14 | K | | |
| 186. - Phillips 66 C.S. | | | | | | | | | |
| 187. - Phillips 66 Partners | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Potash Corp. C.S. | | | | | Sold | 05/28/14 | K | | |
| 189. - Rio Tinto ADR (F) | | | | | | | | | |
| 190. - Sanofi Aventis C.S. | | | | | | | | | |
| 191. - Seattle Genetics C.S. | | | | | Buy | 05/02/14 | K | | |
| 192. - Stemline Therapeutics C.S. | | | | | Buy | 08/20/14 | K | | |
| 193. - Stryker C.S. | | | | | | | | | |
| 194. - Thermo Fisher C.S. | | | | | Sold | 02/12/14 | K | E | |
| 195. - Transocean Inc. C.S. | | | | | | | | | |
| 196. - Vale C.S. | | | | | | | | | |
| 197. - Wells Fargo C.S. | | | | | | | | | |
| 198. - Money Market (Cash Equivalents) Charles Schwab | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. Trust #3 | B | Dividend | M | T | | | | | |
| 201. - Berkshire Hathaway (B) C.S. | | | | | Buy | 12/12/14 | J | | |
| 202. - Conoco Phillips C.S. | | | | | Buy | 12/12/14 | J | | |
| 203. - Dow Chemical Co. C.S. | | | | | | | | | |
| 204. - Encana Corp. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Freeport McMoran Inc. C.S. | | | | | Buy | 12/15/14 | J | | |
| 206. - Gilead Sciences, Inc. C.S. | | | | | Buy | 12/23/14 | J | | |
| 207. - Merck C.S. | | | | | | | | | |
| 208. - Schlumberger C.S. | | | | | Buy | 12/12/14 | J | | |
| 209. - Money Market (Cash Equivalents) Charles Schwab (X) | | | | | | | | | |
| 210. Life Insurance -Flexible Premium Adjustable Life Ins. Policy | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 09/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **J. Thomas Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544